

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Johnny Lee Hart, Appellant

No. 06-23-00128-CR        v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Red River County, Texas (Tr. Ct. No. CR03310). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Johnny Lee Hart, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 24, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk